# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

In the Matter of
Annuniata Donnarumma, et al vs. Bayer Corporation, et al.

Case Number: 1: 08-cv-03214

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
BAXTER HEALTHCARE CORPORATION

| (A) | | | | (B) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE s/ RICHARD L. BERKMAN | | | | SIGNATURE | | | |
| NAME Richard L. Berkman | | | | NAME | | | |
| FIRM Dechert LLP | | | | FIRM | | | |
| STREET ADDRESS 2929 Arch Street | | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP Philadelphia, PA 19104-2808 | | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER 215.994.4000 | | FAX NUMBER 215.994.2222 | | TELEPHONE NUMBER | | FAX NUMBER | |
| E-MAIL ADDRESS richard.berkman@dechert.com | | | | E-MAIL ADDRESS | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | | NO ☒ | MEMBER OF TRIAL BAR? | YES ☐ | | NO ☐ |
| TRIAL ATTORNEY? | YES ☒ | | NO ☐ | TRIAL ATTORNEY? | YES ☐ | | NO ☐ |
| | | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | | NO ☐ |
| (C) | | | | (D) | | | |
| SIGNATURE | | | | SIGNATURE | | | |
| NAME | | | | NAME | | | |
| FIRM | | | | FIRM | | | |
| STREET ADDRESS | | | | STREET ADDRESS | | | |
| CITY/STATE/ZIP | | | | CITY/STATE/ZIP | | | |
| TELEPHONE NUMBER | | FAX NUMBER | | TELEPHONE NUMBER | | FAX NUMBER | |
| E-MAIL ADDRESS | | | | E-MAIL ADDRESS | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | | NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ | | NO ☐ |
| TRIAL ATTORNEY? | YES ☐ | | NO ☐ | TRIAL ATTORNEY? | YES ☐ | | NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | | NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | | NO ☐ |