| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KENT L. KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000  FAX No: 415-956-1008 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2155-2830 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Illinois | | |
| Plaintiff: ANNUNZIATA DONNARUMMA, et al. | | |
| Defendant: BAYER CORPORATION, et al. | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date:  Time:  Dept/Div: | Case Number:<br>08CV3214 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; TEMPORARY TRANSFER ORDER.

3. a. Party served:                    BAXTER INTERNATIONAL, INC.
   b. Person served:                   JESSICA DEMPSEY, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:  1209 ORANGE STREET
                                        WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 10, 2008 (2) at: 11:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALAN M. SCHMIDT                                 d. *The Fee for Service was:*
   
   First Legal Support Services                       e. I am: Exempt from registration under B&P 22350(b)
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jun. 11, 2008

                                                                                    (ALAN M. SCHMIDT)

Judicial Council Form POS-010                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                    6423943.lieca-sf.138389