| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KENT L. KLAUBT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of Illinois |

| Plaintiff: BAXTER HEALTHCARE CORPORATION |
|---|
| Defendant: BAYER CORPORATION, ET AL |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV3214 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; TEMPORARY TRANSFER ORDER.

3. a. Party served:           BAXTER HEALTHCARE CORPORATION
   b. Person served:          JUAN DE PABLO, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   818 WEST SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 10, 2008 (2) at: 9:40AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERLY BLVD.
      LOS ANGELES, CA 90071
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   5141
      (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jun. 10, 2008

(DOUG FORREST)