| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KENT L. KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111 | | |
| Telephone No: 415-956-1000 FAX No: 415-956-1008 | | |
| | Ref. No. or File No.:<br>2155-2830 | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Northern District Of Illinois | | |
| Plaintiff: ANNUNZIATA DONNARUMMA, et al. | | |
| Defendant: BAYER CORPORATION, et al. | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: Time: Dept/Div: | Case Number:<br>08CV3214 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; TEMPORARY TRANSFER ORDER.

3. a. Party served:  AVENTS INC
   b. Person served: WENDY SMITH, AUTHORIZED TO ACCEPT

4. Address where the party was served: 2704 COMMERCE DRIVE
   HARRISBURG, PA 17110

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 11, 2008 (2) at: 1:08PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AVENTS INC
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. ERIN JOHNSON

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Jun. 12, 2008

   Judicial Council Form POS-010                PROOF OF SERVICE                (ERIN JOHNSON)
   Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                             6423940.lieca-sf.136375