| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KENT L. KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000  FAX No: 415-956-1008 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of Illinois

Plaintiff: ANNUNZIATA DONNARUMMA, et al.
Defendant: BAYER CORPORATION, ET AL

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV3214 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; TEMPORARY TRANSFER ORDER.

3. a. Party served:  ARMOUR PHARMACEUTICAL COMPANY, INC.
   b. Person served: WENDY SMITH, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 2704 COMMERCE DRIVE
   HARRISBURG, PA 17110

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 11, 2008 (2) at: 1:08PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ARMOUR PHARMACEUTICAL COMPANY, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ERIN JOHNSON
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jun. 12, 2008

Judicial Council Form POS-010        PROOF OF SERVICE        (ERIN JOHNSON)
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT              0423937.lieca-sf.138362