# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In the Matter of
Annuniata Donnarumma, et al vs. Bayer Corporation, et al.

Case Number: 1: 08-cv-03214

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
BAXTER INTERNATION, INC and BAXTER WORLD TRADE CORPORATION

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE s/ RICHARD L. BERKMAN | | SIGNATURE | |
| NAME Richard L. Berkman | | NAME | |
| FIRM Dechert LLP | | FIRM | |
| STREET ADDRESS 2929 Arch Street | | STREET ADDRESS | |
| CITY/STATE/ZIP Philadelphia, PA  19104-2808 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER 215.994.4000 | FAX NUMBER 215.994.2222 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS richard.berkman@dechert.com | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | | MEMBER OF TRIAL BAR? YES ☐ NO ☐ | |
| TRIAL ATTORNEY? YES ☒ NO ☐ | | TRIAL ATTORNEY? YES ☐ NO ☐ | |
| | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | | MEMBER OF TRIAL BAR? YES ☐ NO ☐ | |
| TRIAL ATTORNEY? YES ☐ NO ☐ | | TRIAL ATTORNEY? YES ☐ NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | |